IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK PECKHAM, D.B.A. ABC
TREE SREVICE PLUS,

      Plaintiff,

      v.

Jo. & Jack. Co. Ore, UNITED STATES
OF AMERICA FBI, DAVE DANIEL, Police
Task Forces, and CHIEF LANDISS,
Police Task Forces,

      Defendants.

_____

Case No. 1:19-cv-00214-CL

ORDER

MCSHANE, Judge:

      Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 20), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 20) is adopted. Defendants' Motions to Dismiss are GRANTED.

IT IS SO ORDERED.

      DATED this 23rd day of July, 2019.

                s/Michael J. McShane_____
                    Michael McShane
                United States District Judge